# EXHIBIT A

CV-007981-15

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT, CIVIL PART

INDEX NO.:

Jarrett R. Jenkins

**SUMMONS**

(without FORMAL PLEADINGS)

Plaintiff(s)

-against-

Convergent Outsourcing, Inc
800 SW 39th Street
Renton, WA 98057-4975

Plaintiff's Residence Address:
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

Defendant(s)

The basis of the venue designated is:
Plaintiff's Address

To the above named defendant(s):

YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF NASSAU, FIRST District, at the office of the Clerk of the said court at 99 Main Street, Hempstead in the County of Nassau, State of New York, either (i) by serving and answer * within 20 days after service of this summons upon you, exclusive of the day of service, upon plaintiff at the address stated above or (ii) by appearing at the clerk's office within 20 days after service of this summons upon you exclusive of the day of service, by having the clerk of the court endorse your answer upon this summons; upon your failure to answer, judgment will be taken against you for the sum of $ 1,000 with interest thereon from the 10 th day of September, 2013, together with the costs of this action.

Date: the 1 th day of June, 2015

Pro Se Plaintiff

*You need not physically go to court to serve an answer under option (i). However, you are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within ten days after service of the answer.

Statement of the nature and substance of plaintiff's cause of action Damage caused to Person pursuant to 15 U.S.C. §1681b.

Ordered that formal pleadings be dispensed with pursuant to 22 NYCRR section 212.7(a), Nassau County District Court Rules.

Date: June 1, 2015

Sandra Lee
Clerk Civil Term